IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00485-ZLW-MEH

ENRIQUE MARTINEZ,

    Plaintiff,

v.

VEIT SPECIALTY MAINTENANCE, LLC, and
SPECIALTY CLEANING SERVICES, INC.,

    Defendants.
_____

ORDER
_____

    On June 29, 2006, Magistrate Judge Michael E. Hegarty advised this Court that this case has settled. Therefore, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

    FURTHER ORDERED that settlement papers shall be filed on or before July 14, 2006. If by that date settlement papers have not been received by the Court, on July 21, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this   5   day of July, 2006.

                                        BY THE COURT:

                                        _____
                                        ZITA L. WEINSHIENK, Senior Judge
                                        United States District Court