IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00485-ZLW-MEH

ENRIQUE MARTINEZ,

     Plaintiff,

v.

VEIT SPECIALTY MAINTENANCE, LLC, and
SPECIALTY CLEANING SERVICES, INC.,

     Defendants.
_____

ORDER OF DISMISSAL
_____

The matter before the Court is a Joint Stipulated Motion For Dismissal With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

ORDERED that the Joint Stipulated Motion For Dismissal With Prejudice is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.

DATED at Denver, Colorado, this  2  day of August, 2006.

BY THE COURT:

_____

ZITA L. WEINSHIENK,  Senior Judge
United States District Court